# Invoice

**CES GROUP, INC.**
2508 MOUNTAIN ROAD
PASADENA, MD 21122

| Date | Invoice # |
|---|---|
| 5/17/2002 | 1001-Extra2 |

**Bill To**
Network Technologies Group
911 S. Ann Street
Baltimore, MD 21231

| Project # | Terms |
|---|---|
| BCJJ | Net 30 days |

| Description | Rate | Amount |
|---|---|---|
| Baltimore City Juvenile Justice   Baltimore, Maryland<br><br>Addition to existing original contract:<br><br>Labor for setting of the consoles and turrets in the main control rooms that control the movement of the facility. Install all monitors, associated hardware and brackets.<br><br>17 Monitors<br><br>12 Consoles<br><br>Assembly of turrets<br><br>Drilling of countertops to run connections to turrets. | 8,600.00 | 8,600.00 |

**Total** $8,600.00

CES GROUP, INC.

2508 MOUNTAIN ROAD
PASADENA, MD 21122

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2002 | 1008-Extra |

**Bill To**

Pinnacle Electronic Systems, Inc.
ATTN: Craig Lloyd
Park Valley Corporate Center
1157 Phoenixville Pike, Suite 107
West Chester, Pennsylvania 19380

| Project # | Terms |
|---|---|
| MCTC | Net 30 days |

| Description | Rate | Amount |
|---|---|---|
| Maryland Correctional Training Center   Hagerstown, Maryland<br><br>Install conduit for site perimeter security including microwave detection system, fence sensor shaker wire system, no mans land detection system to allow wire and DCCRM controls to run into building.<br><br>Project documents show existing conduits for future use. Conduits were found not to be installed. Conduits needed to run for the site perimeter to the basement Control Room, then from the Control Room to the Central Control Center.<br><br>Installation of the wire and cable was in the project scope and is not included in the invoice.<br><br>Install 200 feet of 4 inch RGS in a concrete duct bank into building next to the gate house. Install EMT conduit from the building entry point to the lower level Security Room.<br><br>From the Control Room install conduit to the lower level Security Room. | 19,000.00 | 19,000.00 |

| | Total | $19,000.00 |
|---|---|---|

# Invoice

**CES GROUP, INC.**
2508 MOUNTAIN ROAD
PASADENA, MD 21122

| Date | Invoice # |
|---|---|
| 5/17/2002 | 1012-6B |

**Bill To**

Norment Security Group
7255 Standard Drive
Hanover, MD 21076
Attention: Mike Todd / Kim Murphy

| Project # | Terms |
|---|---|
| WCI Phase 1 | Net 30 days |

| Description | Rate | Amount |
|---|---|---|
| WCI Perimeter, Phase 1   12621 Todd Drive S.W.   Cumberland, Maryland | | |
| Invoice for the deferring site conditions due to the site conditiongs from weather delays. Norment Security Group approved the change orders as requested by the State of Maryland for allowable cost delays including travel expenses and per dium expenses. The State of Maryland allowed for site wide delays. | | |
| Labor cost total mechanic man hours (allowance of 15% for profit and overhead) 206 hours x $57.22 hourly rate | 11,787.32 | 11,787.32 |
| Labor cost total apprentice man hours (allowance of 15% for profit and overhead) 148 hours x $36.47 hourly rate | 5,397.56 | 5,397.56 |
| Total Per Dium - 22 days @ $129.00 (including lodging, meals and travel expenses) | 2,838.00 | 2,838.00 |

**Total** $20,022.88

CES GROUP, INC.

2508 MOUNTAIN ROAD
PASADENA, MD 21122

# Invoice

| Date | Invoice # |
|---|---|
| 3/21/2002 | 1012Extra#2 |

**Bill To**

Norment Security Group
7255 Standard Drive
Hanover, MD 21076
Attention: Mike Todd / Kim Murphy

| Project # | Terms |
|---|---|
| WCI Phase 1 | Net 30 days |

| Description | Rate | Amount |
|---|---|---|
| WCI Perimeter, Phase 1   12621 Todd Drive S.W.   Cumberland, Maryland<br><br>Remove all underground cable and wire that was previously installed on Phase 1 of the WCI Perimeter Project.<br>Project scope is a directive for a fixed price to replace cable due to the site man holes that are filling up with water causing the cable to fault.<br>Cable specified in the project documentation and provided by Norment Security Group was not rated for submersion on wet locations.<br><br>Site security consultant provided new specs and Norment Security Group provided new wire. Our cost includes the following:<br><br>1) Remove all existing wire from the duct bank system for the entire 3,000 foot perimeter and associated wire to the housing units as well as Support Services Building.<br>2) Provide life safety equipment to follow state and OSHA guidelines to work in the 12 foot deep man holes.<br>3) Remove all old wire and cable from site.<br>4) Install new wire and cable along with CCTV fiber to all housing units and Support Services Building.<br>5) Norment Security Group to provide all terminations.<br><br>TOTAL COST INCLUDING PER DIUM | 52,000.00 | 52,000.00 |
| **Total** | | **$52,000.00** |

# Invoice

**CES GROUP, INC.**

2508 MOUNTAIN ROAD
PASADENA, MD 21122

| Date | Invoice # |
|---|---|
| 4/12/2002 | 1001-Extra1 |

**Bill To**

Network Technologies Group
911 S. Ann Street
Baltimore, MD 21231

| Project # | Terms |
|---|---|
| BCJJ | Net 30 days |

| Description | Rate | Amount |
|---|---|---|
| Baltimore City Juvenile Justice    Baltimore, Maryland<br><br>Addition to existing original contract:<br><br>1) Billing outside of schedule of values as requested by Network Technologies Group to provide services for terminations for all installed wire and cable including fiber for the Baltimore City Juvenile Justice building.<br><br>2) Provide terminations for all control rooms throughout the juvenile facility including all PLC's for CCTV, door control, site CCTV, monitors, access control all as detailed on plans and project specifications provided by the State of Maryland.<br><br>3) Provide manpower for testing of all security devices throughout the facility with the console programming by others.<br><br>4) Label all wires and provide termination drawings for as-builts. | 44,000.00 | 44,000.00 |

| | Total | $44,000.00 |
|---|---|---|