UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                          *

   DAVID EUGENE CALLICOAT            *     Case No. 14-24081-RAG

                                                                             *            Chapter 13

      Debtor                              *

\*      \*      \*      \*      \*    \*      \*

FOURTH MOTION TO DISMISS CASE FOR
MATERIAL DEFAULT IN PLAN PAYMENTS

      Robert S. Thomas, II, Chapter 13 Trustee, files this Motion to Dismiss Case and states as follows:

      1.   The plan in this Chapter 13 case was confirmed by Order entered October 12, 2016.

      2.   The Debtor is in material default under the terms of the plan by having failed to maintain the payments required by the plan. The default in payments now totals $1,488.00, approximately 3 months.

      3.   The failure of Debtor to make plan payments has created an unreasonable delay prejudicial to the creditors in this case.

      4.   For the reasons stated, cause exists under 11 U.S.C. §1307(c) to dismiss this case.

      WHEREFORE, the Trustee requests this Court to dismiss this case, and to grant such other relief as is just.

Date:   October 16, 2018            /s/ Robert S. Thomas, II
                                                  Robert S. Thomas, II, Trustee
                                                  300 E. Joppa Road, Suite #409
                                                  Towson, MD 21286
                                                  (410) 825-5923
                                                  inquiries@ch13balt.com

**TO THE DEBTOR: TAKE NOTICE THAT, UNLESS YOU FILE A RESPONSE IN WRITING WHICH JUSTIFIES OR EXPLAINS THE ALLEGATIONS IN THIS MOTION WITHIN 21 DAYS OF THE DATE IN THE CERTIFICATE OF SERVICE BELOW, THIS CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE. THE RESPONSE MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE TRUSTEE.**

### CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Dismiss Case will be served electronically by the Court's CM/ECF system on the following:

Brian S. McNair
bankruptcy@albalawgroup.com

Kimberly Stephens
kstephens@comp.state.md.us

Kimberly Brooke Lane
klane@siwpc.com,ecfmd1@siwpc.com,ecfmd2@siwpc.com,ecfmd3@siwpc.com
, razzam@siwpc.com,drubin@siwpc.com,mfreeman@siwpc.com
IWPC@ecf.courtdrive.com

Marie-Claire Noukelak
marie-claire@sarikurland.com

Mark David Meyer
bankruptcy@rosenberg-assoc.com, jansell@rosenberg-assoc.com

Mark S. Devan
bankruptcy@albalawgroup.com

Sari Karson Kurland
skurland2@comcast.net, admin@sarikurland.com

Thomas F. DeCaro
tfd@erols.com

I hereby certify that on October 16, 2018, a copy of the Motion to Dismiss Case was also mailed first class mail, postage prepaid to:

DAVID EUGENE CALLICOAT
1527 DEVERE DRIVE
PASADENA, MD 21122

                                         /s/ *Robert S. Thomas, II*
                                         Robert S. Thomas, II, Trustee