IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:<br>DAVID EUGENE<br>CALLICOAT, JR.**,**<br><br>Debtor. | Case No. 14-24081<br>Chapter 13 |

### OPPOSITION TO TRUSTEE'S FOURTH MOTION TO DISMISS CASE FOR MATERIAL DEFAULT IN PLAN PAYMENTS – DOCKET #246

**NOW COMES**, David Eugene Callicoat, ("Mr. Callicoat") Debtor, by undersigned counsel, and, as his Opposition to the Trustee's Fourth Motion to Dismiss Case for Material Default in Plan Payments, for cause states:

1. This case was commenced by the filing of a voluntary petition under Chapter 13 of the Bankruptcy Code on September 9, 2014.

2. Chapter 13 Trustee, Robert S. Thomas, II (the "Trustee"), filed the Fourth Motion to Dismiss this Case on October 16, 2018.

3. Trustee alleges that Debtor is in material default under the terms of the plan, in the amount of $1,488.00, representing three months of plan payments.

4. Upon conferring with the Trustee, undersigned counsel has confirmed that the amount of the Debtor's default is $992.00 as of the filing of this Opposition.

5. Undersigned counsel has conferred with Debtor, who has confirmed that the amount of $992.00 has been sent in a money order for overnight delivery by November 6, 2018.

6. With the receipt of the $992.00 payment, Debtor will no longer be in material default under the terms of the plan.

7. Dismissing Debtor's case at this juncture would be greatly prejudicial and

premature.

WHEREFORE, David Eugene Callicoat, Jr. respectfully requests that this Honorable Court enter an Order denying the Trustee's Motion to Dismiss and for such other and further relief as the Movant's cause may require.

>Respectfully Submitted,
>
>  /s/Sari Karson Kurland
> Sari Karson Kurland, Esq.
> The Kurland Law Group
> 211 Jersey Lane
> Rockville, MD 20850
> Email:skurland2@comcast.net
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that I served Debtor's Opposition to Trustee's Motion to Dismiss by electronic and/or first class mail, postage prepaid, this 5th day of November, 2018 to the following persons:

ALL CREDITORS AND PARTIES IN INTEREST ON THE ATTACHED MAILING MATRIX

>/s/Sari Karson Kurland
>_____
>Sari Karson Kurland, Esq.
>Maryland Bar No. 09174
>211 Jersey Lane
>Rockville, MD 20850
>301-424-2834
>Skurland2@comcast.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 14-24081<br>District of Maryland<br>Baltimore<br>Mon Nov  5 17:14:05 EST 2018 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | Comptroller of Maryland<br>Compliance Division--Room 410<br>c/o Kimberly B. Stephens, Esq.<br>301 W. Preston St.<br>Baltimore, MD 21201-2305 |
| FV-1 Inc in trust for Morgan Stanley Mortgag<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | SPECIALIZED LOAN SERVICING LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | Wells Fargo Bank, N.A.<br>Alba Law Group, P.A.<br>11350 McCormick Road<br>Executive Plaza III, Suite 200<br>Hunt Valley, MD 21031-1002 |
| Wells Fargo Bank, NA<br>The Alba Law Group, P.A.<br>11350 McCormick Road<br>Executive Plaza III, Suite 200<br>Hunt Valley, MD 21031-1002 | Wells Fargo Bank, NA<br>Alba Law Group, P.A.<br>c/o Brian McNair<br>11350 McCormick Road<br>Executive Plaza III, Suite 200<br>Hunt Valley, MD 21031-1002 | .S. Bank Trust National Association, as Trus<br>c/o McCabe, Weisberg & Conway, LLC<br>312 Marshall Avenue, Suite 800<br>Laurel, MD 20707-4808 |
| Altair OH XIII, LLC<br>C/O Weinstein, Pinson, and Riley<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 | Annapolis Radiology Associates<br>PO Box 2902<br>Annapolis, MD 21404-2902 | Anne Arundel County<br>Office of Finance<br>Po Box 17492<br>Baltimore, MD 21297-0476 |
| Anne Arundel County, Maryland<br>Office of Law<br>2660 Riva Road, 4th Floor<br>Annapolis, MD 21401-7055 | Anne Arundel Medical Center<br>2001 Medical Parkway<br>Annapolis, MD 21401-3019 | BB&T<br>PO Box 2467<br>Greenville, SC 29602-2467 |
| Baltimore Washington Emergency Physician<br>PO Box 8160<br>Philadelphia, PA 19101-8160 | Baltimore Washington Health Services<br>PO Box 64042<br>Baltimore, MD 21264-4042 | Baltimore Washington Medical Center<br>University of Maryland Medical System<br>PO Box 910<br>Glen Burnie, MD 21060-2910 |
| CES Group, Inc.<br>1527 Devere Drive<br>Pasadena, MD 21122-6669 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Chase Bank USA NA Cardmember Service<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Chase Bank, N.A.<br>PO Box 15153<br>Wilmington, DE 19886-5153 | Citibank/Home Depot Credit Services<br>PO Box 790328<br>Saint Louis, MO 63179-0328 |
| Comptroller of Maryland<br>Compliance Division<br>301 W. Preston Street, Room 409<br>Baltimore, MD 21201-2396 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| FV-1 Inc (see B10)<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd Suite 300<br>Highlands Ranch, CO 80129-2386 | GE Capital Retail Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| Kimberly B. Stephens<br>301 West Preston Street<br>Room 410<br>Baltimore, MD 21201-2383 | Mid-Atlantic Nephrology Assoc.<br>PO Box 24129<br>Halethorpe, MD 21227-0629 | Patient First<br>8105 Ritchie Highway<br>Pasadena, MD 21122-3905 |
| Patricia Leigh Callicoat<br>1527 Devere Drive<br>Pasadena, MD 21122-6669 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Receivables Management Systems<br>PO Box 8630<br>Richmond, VA 23226-0630 |
| S&W Investments, LLC<br>3414 Morningwood Drive<br>Olney, MD 20832-2260 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2225 | US Bank Trust NA<br>Trustee Igloo Series II Trust<br>c/o SN Servicing Corp<br>323 5th Street<br>Eureka, CA 95501-0305 |
| United Products Distributors, Inc<br>1200 68th Street<br>Rosedale, MD 21237-2596 | Wells Fargo Bank, N.A.<br>Default Document Processing<br>N9286-01Y, 1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | Wells Fargo Home Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 |
| Wells Fargo Mortgage<br>PO Box 10335<br>Des Moines, IA 50306-0335 | David Eugene Callicoat Jr.<br>1527 Devere Drive<br>Pasadena, MD 21122-6669 | Robert S. Thomas II<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 |
| Sari Karson Kurland<br>The Kurland Law Group<br>211 Jersey Lane<br>Rockville, MD 20850-7759 | Thomas F. DeCaro Jr.<br>14406 Old Mill Road<br>Ste. 201<br>Upper Marlboro, MD 20772-3099 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Branch Banking and Trust Company<br>PO Box 1847<br>Wilson, NC 27894 | (d)BB&T<br>PO Box 1847<br>Wilson, NC 27894 | Internal Revenue Services<br>Centralized Insolvency Office,<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Specialized Loan Servicing LLC, as servici | (u)U.S. Bank Trust National Association, as T | (du)U.S. Bank Trust National Association, as |
| (u)U.S. Bank Trust National Association, et a | (u)US Bank NA Trustee Igloo Series II Trust | (u)AAMC Behavioral Health Specialist<br>INVALID ADDRESS PROVIDED |
| (u)Adult Hospitalist<br>INVALID ADDRESS PROVIDED | (d)Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, CO 80129-2386 | **End of Label Matrix**<br>**Mailable recipients**    46<br>**Bypassed recipients**    8<br>**Total**    54 |